UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SMALL BUSINESS ASSOCIATION
OF MICHIGAN, et al.,

    Plaintiffs,

v.

JANET YELLEN, et al.,

    Defendants.

_____/

CASE No. 1:24-cv-314

HON. ROBERT J. JONKER

**ORDER**

    The parties stipulate to an April 15, 2024, deadline for defendants' brief in response to plaintiff's Motion for Preliminary Injunction, and to an April 22, 2024, deadline for plaintiffs' Reply Brief.  The Court has no objection to those deadlines, but in so ordering, the Court is not making any decision, one way or the other, on plaintiffs' request to expedite.  The Court will decide that independently after reviewing the parties briefing.

    **IT IS SO ORDERED.**

Dated:   April 4, 2024

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE