UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SMALL BUSINESS ASSOCIATION
OF MICHIGAN, et al.,

               Plaintiffs,

v.

JANET YELLEN, in her official capacity
as the Secretary of the United States
Department of the Treasury, et al.,

               Defendants.

_____/

Case No. 1:24-cv-314

HON. ROBERT J. JONKER

## CASE MANAGEMENT ORDER

       For the reasons stated on the record during oral argument held on today's date, Plaintiffs' Motion for Preliminary Injunction (ECF No. 10) is **DENIED**.

| Stipulations to Join Parties or Amend Pleadings | By motion or stipulation |
|---|---|
| Filing of Answer by Defendants | Waived |
| Plaintiffs' Motion for Summary Judgment | MAY 31, 2024 |
| Defendants' Response and Cross-Motion | JUNE 28, 2024 |
| Plaintiffs' Reply and Response to Cross-Motion | JULY 12, 2024 |
| Defendants' Reply | JULY 26, 2024 |

       There will be no disclosures under Rule 26, and no formal discovery absent agreement of the parties or further order of the Court.

Date:   April 26, 2024

             /s/ Robert J. Jonker_____
             ROBERT J. JONKER
             UNITED STATES DISTRICT JUDGE