IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SMALL BUSINESS ASSOCIATION OF
MICHIGAN; CHALDEAN AMERICAN
CHAMBER OF COMMERCE;
STEWARD MEDIA GROUP, LLC;
POWER CONNECTIONS CO, LLC;
DEREK DICKOW; SEMPER REAL
ESTATE ADVISORS, LLC; and
TIMOTHY A. EISENBRAUN,

        Plaintiffs,

vs.

JANET YELLEN, in her official
capacity as the Secretary of the United
States Department of the Treasury;
UNITED STATES DEPARTMENT OF
THE TREASURY; and ANDREA
GACKI, in her official capacity as
Director of the Financial Crimes
Enforcement Network,[1]

        Defendants.

Case No. 1:24-cv-00314

Hon. Robert J. Jonker

| | |
|---|---|
| D. Andrew Portinga | Brian M. Boynton |
| Stephen J. van Stempvoort | Diane Kelleher |
| Amanda L. Rauh-Bieri | Michael Gaffney |
| MILLER JOHNSON | Christian S. Daniel |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |
| 45 Ottawa Avenue SW, Suite 1100 | United States Department of Justice |
| Grand Rapids, Michigan 49503 | Civil Division, Federal Programs Branch |
| (616) 831-1700 | 1100 L. Street, NW |
| portingaa@millerjohnson.com | Washington, D.C. 20005 |
| vanstempvoorts@millerjohnson.com | (202) 514-2356 |
| rauhbieria@millerjohnson.com | michael.j.gaffney@usdoj.gov |

# Plaintiffs' Motion for Summary Judgment

---

[1] The parties have stipulated that Andrea Gacki, the current Director of the Financial Crimes Enforcement Network, be substituted as a defendant in lieu of Himamauli Das, who was previously the Acting Director of the Financial Crimes Enforcement Network. *See* Fed. R. Civ. P. 25(d).

The Plaintiffs move under Rule 56 of the Federal Rules of Civil Procedure for summary judgment in favor of each of the claims asserted in their Verified Complaint. This motion is supported by the accompanying brief and exhibits, as well as the Verified Complaint.

                                        MILLER JOHNSON
                                        Attorneys for Plaintiffs

Dated: May 31, 2024        By: /s/ Stephen J. van Stempvoort
                                        D. Andrew Portinga
                                        Stephen J. van Stempvoort
                                        Amanda L. Rauh-Bieri
                                        45 Ottawa Ave SW, Suite 1100
                                        Grand Rapids, Michigan 49503
                                        (616) 831-1700