# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| SMALL BUSINESS ASSOCIATION OF MICHIGAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JANET YELLEN, in her official capacity as the Secretary of the United States Department of the Treasury, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-314 <br><br> Hon. Robert J. Jonker |

## ORDER

Having considered Defendants' Unopposed Motion to Modify Briefing Schedule, and for good cause shown, IT IS HEREBY ORDERED that the remaining briefing deadlines are as follows:

| | |
|---|---|
| Defendants' Response and Cross-Motion | July 8, 2024 |
| Plaintiffs' Reply and Response to Cross-Motion | July 26, 2024 |
| Defendants' Reply | August 9, 2024 |

SO ORDERED.

DATE: June 12, 2024

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE