IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SMALL BUSINESS ASSOCIATION OF
MICHIGAN, et al.,

    Plaintiffs,

vs.

JANET YELLEN, in her official capacity as the Secretary of the United States Department of the Treasury, et al.

    Defendants.

Case No. 1:24-cv-00314

Hon. Robert J. Jonker

| | |
|---|---|
| D. Andrew Portinga<br>Stephen J. van Stempvoort<br>Amanda L. Rauh-Bieri<br>MILLER JOHNSON<br>*Counsel for Plaintiffs*<br>45 Ottawa Avenue SW, Suite 1100<br>Grand Rapids, Michigan 49503<br>(616) 831-1700<br>portingaa@millerjohnson.com<br>vanstempvoorts@millerjohnson.com<br>rauhbieria@millerjohnson.com | Brian M. Boynton<br>Diane Kelleher<br>Michael Gaffney<br>Christian S. Daniel<br>*Counsel for Defendants*<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L. Street, NW<br>Washington, D.C.  20005<br>(202) 514-2356<br>michael.j.gaffney@usdoj.gov |

## Plaintiffs' Notice of Supplemental Authority

Plaintiffs respectfully notify this Court of an opinion that the United States District Court for the Eastern District of Texas issued on December 3, 2024, in *Texas Top Cop Shop, Inc., et al. v Merrick Garland, Attorney General of the United States, et al.*, attached as **Exhibit A**.  In *Texas Top Cop Shop*, the district court granted the plaintiffs' motion for preliminary injunction, issuing a nationwide injunction preventing the defendants from enforcing the federal Corporate

Transparency Act and the reporting regulations promulgated by the Financial Crimes Enforcement Network.

                                        MILLER JOHNSON
                                        Attorneys for Plaintiffs

Dated: December 4, 2024       By: /s/ Stephen J. van Stempvoort
                                          D. Andrew Portinga
                                          Stephen J. van Stempvoort
                                          Amanda L. Rauh-Bieri
                                          45 Ottawa Ave SW, Suite 1100
                                          Grand Rapids, Michigan 49503
                                          (616) 831-1700

MJ_DMS 38505299v1 57797-1