UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SMALL BUSINESS ASSOCIATION
OF MICHIGAN, et al.,

    Plaintiffs,

v.                                                                                          CASE No. 1:24-cv-314

                                                                                         HON. ROBERT J. JONKER

JANET YELLEN, et al.,

    Defendants.

_____/

## JUDGMENT

      Based on the Order entered today, Judgment enters in favor of Plaintiffs and against Defendants (1) declaring the Reporting Requirements of the CTA a violation of the Fourth Amendment prohibition against unreasonable searches; (2) relieving Plaintiffs and their members of any obligation to comply with the Reporting Requirements of the CTA; and (3) permanently enjoining Defendants from enforcing any of the CTA's Reporting Requirements against the plaintiffs and their members, and from using or disclosing any information already provided by the plaintiffs and their members under the Reporting Requirements.

Dated:  March 3, 2025                                /s/ Robert J. Jonker
                                                                             ROBERT J. JONKER
                                                                             UNITED STATES DISTRICT JUDGE