# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

SMALL BUSINESS ASSOCIATION OF MICHIGAN, *et al.*,

    *Plaintiffs*,

v.

SCOTT BESSENT, in his official capacity as the Secretary of the United States Department of the Treasury, *et al.*,

    *Defendants*.

Case No. 1:24-cv-314

Hon. Robert J. Jonker

## ORDER

Having considered Defendants' Unopposed Motion to Withdraw Christian S. Daniel as Counsel, IT IS HEREBY ORDERED that the motion is GRANTED and Mr. Daniel's appearance shall be deemed withdrawn from this matter.

SO ORDERED.

DATE: July 22, 2025

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE